**Order entered September 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00248-CR

**CARLOS DANIEL PADILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-59454-U**

## ORDER

Before the Court is court reporter Sasha S. Brooks's August 30, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **September 18, 2018**. If Ms. Brooks fails to file the record by September 18, 2018, the Court will exercise its available remedies which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha S. Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE